ERIC BALL (CSB No. 241327)
eball@fenwick.com
MEGHAN ELYSE FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

SAPNA S. MEHTA (CSB No. 288238)
smehta@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants
NUTRISYSTEM, INC., and
NUTRI/SYSTEM IPHC, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PACIFIC PACKAGING CONCEPTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NUTRISYSTEM, INC., a Delaware corporation; NUTRI/SYSTEM IPHC, INC., a Delaware corporation; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-04755-ODW-E<br><br>**NOTICE OF APPEARANCE OF MEGHAN ELYSE FENZEL** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants Nutrisystem, Inc. and Nutri/System IPHC, Inc. ("Nutrisystem") file this Notice of Appearance and hereby notify the Court that Meghan Elyse Fenzel,

1 of the law firm of Fenwick & West LLP, is hereby appearing as counsel for
2 Nutrisystem in the above-referenced matter.
3      Ms. Fenzel's email addresses for purposes of receipt of Notices of Electronic
4 Filing are:
5           mfenzel@fenwick.com     and     bwalrod@fenwick.com
6 For other purposes, contact information for counsel is set forth above.  Nutrisystem
7 requests that Ms. Fenzel be included on the Court's and parties' services lists.

9 Dated: August 9, 2019              FENWICK & WEST LLP

11                                    By:   /s/ Meghan Elyse Fenzel
12                                         Meghan Elyse Fenzel
                                           Attorneys for Defendants
13                                         NUTRISYSTEM, INC., and
14                                         NUTRI/SYSTEM IPHC, INC