1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  MEGHAN E. FENZEL (CSB No. 324139)
   mfenzel@fenwick.com
3  LAUREN E. BORDER (CSB No. 327770)
   lborder@fenwick.com
4  FENWICK & WEST LLP
   801 California Street
5  Mountain View, CA  94041
   Telephone:  650.988.8500
6  Facsimile:   650.938.5200

7  SAPNA S. MEHTA (CSB No. 288238)
8  smehta@fenwick.com
   JANIE Y. MILLER (CSB No. 312715)
9  jmiller@fenwick.com
   FENWICK & WEST LLP
10 555 California Street, 12th Floor
   San Francisco, CA  94104
11 Telephone:  415.875.2300
   Facsimile:   415.281.1350
12
13 Attorneys for Defendants
   NUTRISYSTEM, INC. and
14 NUTRI/SYSTEM IPHC

*Fenwick & West LLP — Attorneys at Law*

15            UNITED STATES DISTRICT COURT

16            CENTRAL DISTRICT OF CALIFORNIA

17                 WESTERN DIVISION

18 | PACIFIC PACKAGING CONCEPTS, | Case No.: 2:19-cv-04755-ODW(Ex) |
   | INC., a California corporation, | |
19 | | **DECLARATION OF ERIC BALL** |
   | Plaintiff, | **IN SUPPORT OF** |
20 | | **NUTRISYSTEM'S MOTION FOR** |
   | v. | **PARTIAL SUMMARY** |
21 | | **JUDGMENT** |
22 | NUTRISYSTEM, INC., a Delaware | **[REDACTED VERSION OF** |
   | corporation; NUTRI/SYSTEM IPHC, | **DOCUMENT PROPOSED TO BE** |
23 | INC., a Delaware corporation; and DOES | **FILED UNDER SEAL]** |
   | 1-10, inclusive, | |
24 | | |
   | Defendants. | Hearing:   February 22, 2021 |
25 | | Time:        1:30 p.m. |
   | | Ctrm:        5D, 5th Floor |
26 | | Judge:      Hon. Otis D. Wright II |
27 | | Trial Date: April 20, 2021 |
28

I, Eric Ball declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am an attorney admitted to practice in California and a partner in the law firm of Fenwick & West LLP, counsel for Defendants Nutrisystem, Inc. and Nutri/System IPHC, Inc. in this lawsuit filed by Pacific Packaging Concepts, Inc. ("Pacific Packaging"). I make this declaration based on my own personal knowledge in support of Defendants' Motion for Partial Summary Judgment. If called as a witness, I could testify competently to the facts I set forth here.

2.    On October 28, 2020, I conferred over telephone with Lauren Keller Katzenellenbogen, counsel for Plaintiff regarding Nutrisystem's partial motion for summary judgment. We discussed the matter again by email on December 18, 2020. The parties reached an agreement to dismiss certain claims and affirmative defenses, as outlined in the Parties' December 2, 2020 Joint Stipulation, which the Court granted on December 3, 2020. Dkt. 50. But the Parties were unable to reach a resolution regarding the remedies and claims at issue in this motion.

3.    During the Parties' 26(f) discovery conference on October 17, 2019, I informed Plaintiff's counsel, Jason Champion that Nutrisystem had dissolved Nutri/System IPHC on May 31, 2019.

**Deposition Testimony**

4.    Attached as **Exhibit 1** is a copy of the excerpted Transcript of the Deposition of Aubrey "Bob" Cole, taken on October 9, 2020. The testimony at issue for Defendants' Motion for Partial Summary Judgment is highlighted in Exhibit 1.

5.    Attached as **Exhibit 2** is a copy of the excerpted Transcript of Deposition of Jonathan Cole, taken on October 8, 2020. The testimony at issue for Defendants' Motion for Partial Summary Judgment is highlighted in Exhibit 2.

6.    Attached as **Exhibit 3** is a copy of the excerpted Transcript of the Deposition of Jennifer Cole, taken on October 14, 2020. The testimony at issue for Defendants' Motion for Partial Summary Judgment is highlighted in Exhibit 3.

FENWICK & WEST LLP
ATTORNEYS AT LAW

7.      Attached as **Exhibit 4** is a copy of the excerpted Transcript of the Deposition of Cynthia "Cindy" Cole, taken on October 16, 2020.  The testimony at issue for Defendants' Motion for Partial Summary Judgment is highlighted in Exhibit 4.

8.      Attached as **Exhibit 5** is a copy of Nutrisystem's Notice of Subpoena for Production of Documents and to Testify at a Deposition in a Civil Action to Christian Hauter.

9.      Attached as **Exhibit 6** is a copy of the excerpted Transcript of the Deposition of Christian Hauter, taken on October 19, 2020.  The testimony at issue for Defendants' Motion for Partial Summary Judgment is highlighted in Exhibit 6.

10.     Attached as **Exhibit 7** is a copy of the Notice of Subpoena to Testify at a Deposition in a Civil Action to Steven Schossberger of Oregon Potato Company.

11.     Attached as **Exhibit 8** is a copy of the excerpted Transcript of the Deposition of Steven Schossberger of Oregon Potato Company, taken on October 13, 2020.  The testimony at issue for Defendants' Motion for Partial Summary Judgment is highlighted in Exhibit 8.

**Plaintiff's Discovery Responses**

12.     Attached as **Exhibit 9** is a copy of the excerpted Plaintiff's Fourth Supplemental Initial Disclosures, including the Section (d) "Statement of the Basis for any Damages Claimed" on pages 7–12, dated October 26, 2020.

13.     Attached as **Exhibit 10** is a copy of the excerpted Plaintiff's Responses to Defendant's First Set of Interrogatories, highlighting responses to Nos. 2, 3, 4, dated December 2, 2019.

14.     Attached as **Exhibit 11** is a copy of the excerpted Plaintiff's Supplemental Responses to Defendant's First Set of Interrogatories, highlighting the response to No. 4, dated May 4, 2020.

15.     Attached as **Exhibit 12** is a copy of the excerpted Plaintiff's Responses to Defendant's Second Set of Interrogatories, highlighting the response to No. 13, dated April 10, 2020.

16.     Attached as **Exhibit 13** is a copy of the excerpted Plaintiff's Responses to Defendant's Fifth Set of Interrogatories, highlighting responses to Nos. 20, 21, and 22, dated October 26, 2020.

17.     Attached as **Exhibit 14** is a copy of the excerpted Plaintiff's Responses to Defendant's First Set of Requests for Admission, highlighting responses to Nos. 111, 112, 113, and 114, dated December 2, 2019.

18.     Attached as **Exhibit 15** is a copy of the excerpted Plaintiff's Responses to Defendant's Third Set of Requests for Admission, highlighting the response to No. 225, dated June 26, 2020.

**Plaintiff's Alleged Mark**

19.     Attached as **Exhibit 16** is a copy of an image of Pacific Packaging's website, introduced as Exhibit 102 at the Bob Cole Deposition, produced by Nutrisystem as NUTRISYSTEM00025799.

20.     Attached as **Exhibit 17** is a copy of an image of Plaintiff's vitamin and mineral box and packet, introduced as Exhibit 107 at the Jonathan Cole Deposition, produced by Nutrisystem as NUTRISYSTEM00025801.

21.     Attached as **Exhibit 18** is a copy of the Trademark Electronic Search System record for U.S. Trademark Registration No. 2463131 for Plaintiff's claimed Fresh Start mark, produced by Nutrisystem as NUTRISYSTEM00000298.

22.     Attached as **Exhibit 19** is a copy of the Trademark Trial and Appeal Board Docket captured from the TTAB's website on January 13, 2021 at https://ttabvue.uspto.gov/ttabvue/v?pno=91251962&pty=OPP, reflecting Plaintiff's filing date of October 30, 2019 for its Opposition to Nutrisystem's Fresh Start mark.

23.     Attached as **Exhibit 20** is a copy of the Demand Letter from Pacific Packaging to Nutrisystem regarding its Fresh Start mark, dated May 31, 2019, produced by Nutrisystem as NUTRISYSTEM00005928.

**Plaintiff's Sales and Revenues**

24.     During the fact discovery period, Pacific Packaging produced unilaterally redacted and excerpted U.S. Income Tax Returns.  What follows are copies of Pacific Packaging's production with the redactions and excerpts as applied by Pacific Packaging.

25.     Attached as **Exhibit 21** is a copy of the U.S. Income Tax Return for Pacific Packaging for 2010, produced by Plaintiff as PPC0004669.

26.     Attached as **Exhibit 22** is a copy of the U.S. Income Tax Return for Pacific Packaging for 2011, produced by Plaintiff as PPC0004670.

27.     Attached as **Exhibit 23** is a copy of the U.S. Income Tax Return for Pacific Packaging for 2012, produced by Plaintiff as PPC0004671.

28.     Attached as **Exhibit 24** is a copy of the U.S. Income Tax Return for Pacific Packaging for 2013, produced by Plaintiff as PPC0004672.

29.     Attached as **Exhibit 25** is a copy of the U.S. Income Tax Return for Pacific Packaging for 2014, produced by Plaintiff as PPC0004673.

30.     Attached as **Exhibit 26** is a copy of the U.S. Income Tax Return for Pacific Packaging for 2015, produced by Plaintiff as PPC0004674.

31.     Attached as **Exhibit 27** is a copy of the U.S. Income Tax Return for Pacific Packaging for 2016, produced by Plaintiff as PPC0004675.

32.     Attached as **Exhibit 28** is a copy of the U.S. Income Tax Return for Pacific Packaging for 2017, produced by Plaintiff as PPC0004676.

33.     Attached as **Exhibit 29** is a copy of the U.S. Income Tax Return for Pacific Packaging for 2018, produced by Plaintiff as PPC0004677.

34.     Attached as **Exhibit 30** is a copy of the U.S. Income Tax Return for Pacific Packaging for 2019, produced by Plaintiff as PPC0004678.

FENWICK & WEST LLP
ATTORNEYS AT LAW

35.     Attached as **Exhibit 31** is a copy of the California Department of Tax and Fee Administration Sales and Use Tax Return for Pacific Packaging for January 2020 through June 2020, produced by Plaintiff as PPC0002603–8.

**Plaintiff's Agreements with Third Parties**

36.     Attached as **Exhibit 32** is a copy of ████████████████████, introduced as Exhibit 134 at the Bob Cole Deposition, produced by Plaintiff as PPC0000445.

37.     Attached as **Exhibit 33** is a copy of ████████████████████, introduced as Exhibit 135 at the Bob Cole Deposition, produced by Plaintiff as PPC0000188.

38.     Attached as **Exhibit 34** is a copy of ████████████████████, introduced as Exhibit 136 at the Bob Cole Deposition, produced by Plaintiff as PPC0000196.

39.     Attached as **Exhibit 35** is a copy of ████████████████████, introduced as Exhibit 137 at the Bob Cole Deposition, produced by Plaintiff as PPC0000439.

40.     Attached as **Exhibit 36** is a copy of ████████████████████, introduced as Exhibit 126 at the Jonathan Cole Deposition, produced by Plaintiff as PPC0000058.

41.     Attached as **Exhibit 37** is a copy of ████████████████████, produced by Plaintiff as PPC0000006.

42.     Attached as **Exhibit 38** is a copy of ████████████████████, produced by Plaintiff as PPC0000142.

43.     Attached as **Exhibit 39** is a copy of an email from Sara Akmal of Healthways WholeHealth to cindy@freshstartvitamins.com with subject line "RE:

FENWICK & WEST LLP
ATTORNEYS AT LAW

1  Fresh Start Vitamins: Opportunity" dated November 7, 2013, produced by Plaintiff
2  as PPC0003064.
3
4      I declare under penalty of perjury that the foregoing is true and correct.
5  Executed on January 15, 2021.
6
7
8                                    /s/ Eric Ball
9                                    Eric Ball
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW