ERIC BALL (CSB No. 241327)
eball@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
LAUREN E. BORDER (CSB No. 327770)
lborder@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

SAPNA S. MEHTA (CSB No. 288238)
smehta@fenwick.com
JANIE Y. MILLER (CSB No. 312715)
jmiller@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendants
NUTRISYSTEM, INC., and
NUTRI/SYSTEM IPHC, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PACIFIC PACKAGING CONCEPTS, INC., a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>NUTRISYSTEM, INC., a Delaware corporation; NUTRI/SYSTEM IPHC, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: 2:19-cv-04755-ODW(Ex)<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing:    February 22, 2021<br>Time:       1:30 p.m.<br>Ctrm:       5D, 5th Floor<br>Judge:      Hon. Otis D. Wright II<br><br>Trial Date:  April 20, 2021 |

CERTIFICATE OF SERVICE                                       Case No. 2:19-cv-04755-ODW(Ex)

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am employed in Santa Clara County, State of California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Fenwick & West LLP, 801 California Street, Mountain View, California 94041.  On the date set forth below, I served a copy of the following documents:

- **Declaration of Meghan Fenzel in Support of Application to File Under Seal Portions of Nutrisystem's Motion for Partial Summary Judgment;**

- **Unredacted version of Memorandum of Points and Authorities in Support of Nutrisystem's Motion for Partial Summary Judgment;**

- **Unredacted version of Statement of Uncontroverted Facts and Conclusions of Law in Support of Nutrisystem's Motion for Partial Summary Judgment;**

- **Unredacted version of Declaration of Eric Ball in Support of Nutrisystem's Motion for Partial Summary Judgment;**

- **Unredacted version of Exhibits 1, 3, 9, and 13 to the Declaration of Eric Ball in Support of Nutrisystem's Motion for Partial Summary Judgment; and**

- **Exhibits 21 – 38 to the Declaration of Eric Ball in Support of Nutrisystem's Motion for Partial Summary Judgment**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Jason A. Champion, Esq.
Email:  Jason.Champion@knobbe.com
Lauren Keller Katzenellenbogen, Esq.
Email:  Lauren.keller@knobbe.com
Michael K. Friedland, Esq.
Email:  Michael.Friedland@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614

CERTIFICATE OF SERVICE           1           Case No. 2:19-cv-04755-ODW(Ex)

| ☒ | **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above. |

I declare under penalty of perjury that foregoing is true and correct.

Dated:  January 15, 2021          */s/ Meghan E. Fenzel*
                                    Meghan E. Fenzel