ERIC BALL (CSB No. 241327)
eball@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

SAPNA S. MEHTA (CSB No. 288238)
smehta@fenwick.com
JANIE Y. MILLER (CSB No. 312715)
jmiller@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants
NUTRISYSTEM, INC. and
NUTRI/SYSTEM IPHC, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PACIFIC PACKAGING CONCEPTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NUTRISYSTEM, INC., a Delaware corporation; NUTRI/SYSTEM IPHC, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-04755-ODW(Ex)<br><br>**DECLARATION OF HAL L. PORET IN SUPPORT OF NUTRISYSTEM'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing: March 8, 2021<br>Time: 1:30 p.m.<br>Ctrm: 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Trial Date: April 20, 2021 |

I, Hal L. Poret, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the President of Hal Poret LLC. I make this declaration based on my own personal knowledge in support of Nutrisystem, Inc. and Nutri/System IPHC, Inc.'s ("Nutrisystem") Opposition to Plaintiff's Motion for Partial Summary Judgment. If called as a witness, I could testify competently to the facts I set forth here.

2. I am the president at Hal Poret LLC, which offers specialty services including corporate market research, claims substantiations, and legal survey research. I have over fifteen years of experience in market research and have personally designed and conducted hundreds of surveys across a broad range of modalities and populations. I have testified in state and federal courts and have been qualified by many courts as an expert in survey methodology. Attached as **Exhibit 1** is a copy of my curriculum vitae.

3. I have been retained by Nutrisystem in this case. I was asked by counsel for Nutrisystem to design and conduct a survey to measure whether Nutrisystem's use of the mark FreshStart in connection with weight loss related products creates a likelihood of confusion with respect to Pacific Packaging Concepts, Inc.'s Fresh Start mark for vitamin/mineral supplement products. Attached as **Exhibit 2** is a copy of the September 14, 2020 Expert Report of Hal Poret and is incorporated by reference herein.

4. My report in Exhibit 2 assessed both forward and reverse confusion and found a zero confusion rate in each survey. It is my opinion that Nutrisystem's use of the FreshStart mark in connection with the relevant products/services does not create a likelihood of confusion with respect to Plaintiff's products or marks.

5. Page 2 of my report in Exhibit 2 outlines the Background and Purpose of the report (found on page 3), the Study Authorship and Qualification (found on page 8), the Study Design (found on page 10), the Summary of Findings (found on page 34), the Methodology (found on page 35) and the Detailed Findings (found on

page 53).

6. I was also asked by counsel for Nutrisystem to respond to the survey and report of Brian M. Sowers. Attached as **Exhibit 3** is a copy of the October 19, 2020 Expert Report of Hal Poret and is incorporated by reference herein.

7. As outlined in Exhibit 3, it is my opinion that the Sowers Survey is too severely flawed to be of any value, and that Mr. Sowers' criticisms of my surveys are meritless.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2021.

*Hal Poret*

_____
Hal L. Poret