# EXHIBIT 1

**Hal L. Poret** (hal.inc42@gmail.com; 914-772-5087)

*Education*

| | |
|---|---|
| 1998 | Harvard Law School, J.D., *cum laude* |
| | • Editor/Writer – Harvard Law Record |
| | • Research Assistant to Professor Martha Minow |
| 1995 | S.U.N.Y. Albany, M.A. in Mathematics, *summa cum laude* |
| | • Statistics |
| | • Taught calculus/precalculus/statistics |
| 1993 | Union College, B.S. in Mathematics with honors, *magna cum laude* |
| | • Phi Beta Kappa |
| | • Resch Award for Achievement in Mathematical Research |

*Employment*

| | |
|---|---|
| 2016 - | President, Hal Poret LLC |
| | • Design, supervise, and analyze consumer surveys, including Trademark, Trade Dress, Advertising Perception, Consumer Deception, Claims Substantiation studies, Damages, and Corporate Market Research Surveys |
| | • Consulting regarding survey design and review of other surveys |
| | • Provided expert testimony at deposition and/or trial regarding survey research in over 100 U.S. District Court litigations and proceedings in front of TTAB, NAD, FTC and FCC. |
| 2004 - 2015 | Senior Vice President, ORC International |
| | • Designed, supervised, and analyzed consumer surveys in legal and corporate market research areas, and provided expert testimony regarding survey research in legal cases. |
| 2003 – 2004 | Internet Sports Advantage |
| | • Developed and marketed proprietary internet sports product, and licensed trademark and intellectual property rights. |
| 1998 – 2003 | Attorney, Foley Hoag & Eliot, Boston, MA |
| | • Represented corporations and individuals in trademark, trade dress, advertising, product, and related legal disputes. |
| | • Worked with survey experts in developing and using surveys as evidence in trademark, trade dress and advertising disputes. |

*Testimony at Trial or by Deposition Past 4 Years*

(Party who retained me shown in bold)

| | | | |
|---|---|---|---|
| 2020 | American Airlines v. **Delta Airlines** (Deposition) | | USDC Northern District of TX |
| 2020 | **FCA** v. Mahindra (ITC Modification trial testimony) | | ITC Modification Proceeding |
| 2020 | Lontex Corporation v. **Nike** (Deposition) | | USDC Eastern District of PA |
| 2020 | **New Orleans Saints** v. WDI (Trial) | | American Arbitration Association |
| 2020 | **Orgain** v. Iovate (Deposition) | | USDC Central District of CA |
| 2020 | Gibson v. **Armadillo** (Deposition) | | USDC Eastern District of TX |
| 2020 | Koenig v. **Vizio, Inc.** (Deposition) | | Superior Court California (LA County) |
| 2020 | Roley v. **Google** (Deposition) | | USDC Northern District of CA |
| 2020 | **Snaplock Industries** v. Swisstrax Corp. (Deposition) | | USDC District of Nevada |
| 2020 | TeamSnap v. **Team Mates Pty. Ltd**, (Deposition) | | USDC District of CO |
| 2020 | Stone Brewing v. **MillerCoors** (Deposition) | | USDC Southern District of CA |
| 2020 | Bluetooth SIG V. **FCA, USA** (Deposition) | | USDC Western District of Washington |
| 2020 | **Monster Energy** v. VPX (Deposition) | | USDC Southern District of FL |

| | | |
|---|---|---|
| 2019 | **George Sink PA Injury Law Firm** v. George T. Sink, Jr. | |
| | (Arbitration trial) | American Arbitration Association |
| 2019 | Cabrera v. **Bayer Corporation** | |
| | (Deposition) | USDC Central District of CA |
| 2019 | GDM Enterprises v. **Astral Health & Beauty** | |
| | (Deposition) | USDC Western District of MO |
| 2019 | **Yahoo** v. Mozilla | |
| | (Deposition) | Superior Court Santa Clara County, CA |
| 2019 | Scott Fetzer v. **John Henry, III** | |
| | (Deposition) | Court of Common Pleas, Cuyahoga County, OH |
| 2019 | **Illinois Tool Works** v. Poly-America | |
| | (Deposition and trial) | USDC Northern District of TX |
| 2019 | **Adidas** v. Forever 21 | |
| | (Deposition) | USDC District of Oregon |
| 2019 | TRP v. **Simalasan** | |
| | (Deposition) | USDC District of NV |
| 2019 | Ironhawk Technologies v. **Dropbox Inc.** | |
| | (Deposition) | USDC Central District of CA |
| 2019 | Universal Standard v. **Target Corporation** | |
| | (Deposition) | USDC Southern District of NY |
| 2019 | **Diageo** v. Deutsch | |
| | (Deposition) | USDC Southern District of NY |
| 2019 | **FCA** v. Mahindra | |
| | (Deposition and ITC trial) | ITC and USDC Eastern District of MI |
| 2019 | DealDash v. **ContextLogic** | |
| | (Deposition) | USDC Northern District of CA |
| 2019 | **Sprint** v. AT&T Mobility | |
| | (Deposition and trial) | USDC Southern District of NY |

| | | |
|---|---|---|
| 2019 | Merck & Co v. **Merck KGaA** (Deposition) | USDC District of NJ |
| 2019 | **Arbor Pharmaceuticals** v. ANI Pharmaceuticals (Deposition) | USDC District of Minnesota |
| 2019 | **American Cruise Lines** v. American Queen Steamboat Company (Deposition and trial) | USDC District of DE |
| 2018 | MZ Wallace v. **Oliver Thomas** (Deposition and trial) | USDC Southern District of NY |
| 2018 | VonRosenberg v. **Lawrence** (Deposition) | USDC District of SC |
| 2018 | **Wing Enterprises** v. Tricam Industries, Inc. (Deposition) | USDC District of MN |
| 2018 | Kjaer Weis v. **Kimsaprincess, Inc.** (Deposition) | USDC Central District of CA |
| 2018 | In re: NCAA Grant-in-Aid Cap Litigation (Deposition; Trial) | USDC Northern District of CA |
| 2018 | **Under Armour** v. Battle (Deposition) | USDC District of Maryland |
| 2018 | Federal Trade Commission v. **D-Link Systems** (Deposition) | USDC Northern District of CA |
| 2018 | Ezaki Glico v. **Lotte International** (Deposition) | USDC District of NJ |
| 2018 | Car Freshener Corporation v. **American Covers/Energizer Holdings** (Deposition) | USDC Northern District of NY |
| 2018 | **Combe** v. Dr. August Wolff (Deposition and trial) | USDC Eastern District of VA |
| 2018 | In Re GM Ignition Switch Litigation (Deposition) | USDC Southern District of NY |

| | | |
|---|---|---|
| 2018 | Zetor v. **Ridgeway** (Trial Testimony Deposition) | USDC Western District of AR |
| 2018 | Superior Consulting v. **Shaklee** (Deposition; Hearing; Trial) | USDC Middle District of FL |
| 2018 | Monster Energy Company v. **Integrated Supply Network** (Deposition) | USDC Central District of CA |
| 2018 | Sandoz v. **GlaxoSmithkline** (Deposition) | USPTO Opposition |
| 2018 | Variety Stores v. **Walmart Stores, Inc.** (Trial) | USDC Eastern District of NC |
| 2018 | JB-Weld v. **Gorilla Glue Company** (Deposition) | USDC Northern District of GA |
| 2018 | Bratton v. **The Hershey Company** (Deposition) | USDC Western District of MO |
| 2018 | Leadership Studies v. **Blanchard Training & Development** (Deposition) | USDC Southern District of CA |
| 2017 | **Gulfstream Aerospace** v. Gulfstream Unsinkable Boats (Deposition) | USPTO Opposition/Cancellation |
| 2017 | **Mercado Latino** v. Indio (Deposition) | USDC Central District of CA |
| 2017 | Delalat v. **Nutiva** (Deposition) | USDC Northern District of CA |
| 2017 | Dashaw v. **New Balance** (Deposition) | USDC Southern District of CA |
| 2017 | **Bearing Tech** v. O'Reilly Automotive (Deposition) | USDC Western District of MO |
| 2017 | Soundview v. **Facebook** (Deposition) | USDC District of Delaware |

2017 Rovi v. **Comcast**
(Deposition)                                             USDC Southern District of NY

2017 Puma v. **Black & Decker**
(Trial)                                                  New Mexico Circuit Court

2017 **Select Comfort v.** Personal Comfort
(Trial and Deposition)                                   USDC District of Minn

2017 **Alzheimer's Foundation of America** v. Alzheimer's Association
(Deposition and trial)                                   USDC Southern District of NY

2017 **Banc of California** v. Farmers & Merchants Bank
(Deposition)                                             USDC Central District of CA

2017 PolyGroup v. **Willis Electric**
(Deposition)                                             Patent Trial and Appeal Board

2017 Mullins v. **Premier Nutrition**                    USDC Northern District of CA
(Depositions in Class Cert and Merits phases)

2017 Lion's Gate v. **TD Ameritrade**
(Deposition)                                             USDC Central District of CA

2017 **Deere & Company** v. Fimco dba Schaben
(Deposition and trial)                                   USDC Western District of KY

2017 **Adidas & Reebok** v. TRB
(Deposition)                                             USDC District of Oregon

2017 **Church & Dwight** v. SPD                          USDC Southern District of NY
(Deposition/trial in liability phase; deposition/trial in damages phase)

2017 In re: **Coca Cola** Marketing and Sales Practices Litigation (No. II)
(Deposition)                                             USDC Northern District of CA

2017 **Ducks Unlimited** v. Boondux LLC and Caleb Sutton
(Deposition and Trial)                                   USDC Western District of TN

2017 Globefill v. **Element Spirits**
(Deposition and Trial)                                   USDC Central District of CA

| | | |
|---|---|---|
| 2017 | Brickman v. **Fitbit** (Deposition) | USDC Northern District of CA |
| 2017 | Network-1 Technologies v. **Alcatel-Lucent et al.** (Deposition) | USDC Eastern District of TX |
| 2017 | Health Partner Plans v. **Reading Health Partners** (Deposition and Injunction hearing) | USDC Eastern District of PA |
| 2017 | In Re **Biogen** '755 Patent Litigation (Deposition) | USDC District of NJ |
| 2017 | **Cava Mezze** v. Mezze Mediterranean Grill (Trial) | USDC District of MD |
| 2017 | Mastrandrea v. **Vizio** (Deposition) | USDC Central District of CA |
| 2017 | **Adidas** v. Skechers (Deposition and Injunction hearing) | USDC District of OR |
| 2016 | **Triumph International, Inc.** v. Gourmetgiftbaskets.com, Inc. (Deposition) | USDC Central District of CA |
| 2016 | Phelan Holdings v. **Rare Hospitality Management** (Deposition) | USDC Middle District of FL |
| 2016 | **Intellectual Ventures II** v. AT&T Mobility (Deposition) | USDC District of DE |
| 2016 | **One World Foods** v. Stubbs Austin Restaurant Company (Deposition) | USDC Western District of TX |
| 2016 | **Booking.com B.V.** v. Michelle Lee (Deposition) | USDC Eastern District of VA |
| 2016 | Universal Church v. **Univ. Life Church** (Deposition) | USDC Southern District of NY |
| 2016 | **U. of Houston** v. Houston Col. of Law (Deposition) | USDC Southern District of TX |

| | | |
|---|---|---|
| 2016 | Navajo Nation v. **Urban Outfitters** (Daubert Hearing) | USDC District of NM |
| 2016 | Beaulieu v. **Mohawk Carpet Dist.** (Deposition) | USDC Northern District of GA |
| 2016 | Efficient Frontiers v. **Reserve Media** (Deposition) | USDC Central District of CA |
| 2016 | **McAirlaids** v. Medline Industries (Deposition) | USDC Eastern District of VA |
| 2016 | **Under Armour** v. Ass Armor (Deposition) | USDC Southern District of FL |
| 2016 | **C5 & CoorsTek** v. CeramTec (Deposition and trial) | USDC District of Colorado |
| 2016 | **BBC** v. Stander (Deposition) | USDC Central District of CA |
| 2016 | **Caterpillar** v. Tigercat (Deposition) | USPTO Opposition |
| 2016 | Premier v. **Dish Network** (Deposition) | USPTO Opposition |
| 2016 | **Omaha Steaks** v. Greater Omaha (Rebuttal Testimony) | USPTO Opposition |
| 2016 | **EMC** v. Pure Storage (Deposition) | USDC District of MA |
| 2016 | **Top Tobacco** v. North Atlantic (Deposition) | USPTO Opposition |
| 2016 | Ascension Health v. **Ascension Ins.** (Deposition) | USDC Eastern District of MO |
| 2016 | **Quoc Viet** v. VV Foods (Deposition and trial) | USDC Central District of CA |

2016    Joules v. **Macy's Merchandising Group**
        (Deposition and trial)                          USDC Southern District of NY

*Presentations*

The McCarthy Series: U.S.P.T.O. v. Booking.com: What the Recent SCOTUS Ruling Means for Trademark Law
(McCarthy Institute Webinar, July 29, 2020)

Surveys in the Brave New World: Designing and Using Survey Evidence in the Age of Online Shopping, Influencers and Hashtags
(INTA Annual Meeting, May 21, 2019)

Consumer Perception Surveys - A Primer from Survey Experts and NAD
(ASRC Conference, Dec 7, 2018)

What's New in Advertising Law, Claim Support and Self-Regulation?
(ABA Seminar, November 17, 2015)

How Reliable is Your Online Survey
(2015 ASRC Annual Conference, September 29, 2015)

What Do Consumers Think?  Using Online Surveys to Demonstrate Implied Claims
(ANA Advertising Law and Public Policy Conference, April 1, 2015)

Cutting Edge Developments in Trademark Surveys (Rocky Mountain Intellectual Property & Technology Institute, May 30, 2013)

Using Survey Experts in Trademark Litigation (DRI Intellectual Property Seminar, May 9, 2013)

Surveys in Trademark and Advertising Litigation  (2013 National CLE Conference, Snowmass Colorado, January 2013)

Internet Survey Issues (PLI Hot Topics in Advertising Law Conference, March 2012)

Measuring Consumer Confusion Through Online Surveys (2011 Midwest IP Institute) (September, 2011)

Online Surveys as Evidence in Trademark Disputes (International Trademark Association Annual Conference, May 2011)

Managing Intellectual Property Trademark Roundtable **(**April 7, 2010)

<u>Recent Trends in Trademark Surveys</u> (Virginia State Bar Intellectual Property Conference, October 2009)

<u>Trademark Surveys in US Litigation</u> (presentation for International Trademark Association Annual Conference) (May 2009)

<u>How to Conduct Surveys for use in Trademark Disputes</u> (Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

<u>Trademark and Advertising Perception Studies for Legal Disputes</u> (Opinion Research Corporation Seminar, June 2008)

<u>Understanding Advertising Perception Surveys</u> (Promotions Marketing Association Annual Law Conference) (November 2007)

<u>Designing and Implementing Studies to Substantiate Advertising Claims</u> (American Conference Institute Claims Substantiation Conference, October 2007)

<u>Surveys in Trademark and False Advertising Disputes</u> (InfoUSA Webinar, June 2007)

<u>Measuring Consumer Perception in False Advertising and Trademark Cases</u>, (multiple presentations) (2007)

<u>Potential Errors to Avoid In Designing a Trademark Dilution Survey</u> (American Intellectual Property Association paper, April 2007)

<u>Consumer Surveys in Trademark and Advertising Cases</u> (presentation at Promotions Marketing Association Annual Law Conference) (December 2006)

<u>Use of Survey Research and Expert Testimony in Trademark Litigation</u>, (International Trademark Association Annual Conference, May 2006)

<u>Survey Research as Evidence in Trademark/Trade Dress Disputes</u> (multiple presentations) (2006)

<u>Using Surveys to Measure Secondary Meaning of Trade Dress</u>, Legal Education Seminar, Boston, April 2006

**Poret Declaration, Exhibit 1**
**Page 12**

*Publications/Papers*

An Empirical Assessment of the Eveready Survey's Ability to Detect Significant Confusion in Cases of Senior Marks that are Not Top-Of-Mind, 109 TMR 935 (Nov-Dec 2019)

Cutting Edge Developments in Trademark Surveys (Rocky Mountain Intellectual Property & Technology Institute, May 2013)

Hot Topics and Recent Developments in Trademark Surveys (paper for May 2013 DRI Intellectual Property Conference)

Surveys in Trademark and Advertising Litigation  (2013 National CLE Conference, Snowmass Colorado, January 2013)

Trademark Litigation Online Consumer Surveys (Practical Law Company Intellectual Property and Technology, May 2012)

Hot Topics in Advertising Law 2012 (Contributor to Practising Law Institute publication)

A Comparative Empirical Analysis of Online Versus Mall and Phone Methodologies for Trademark Surveys, 100 TMR 756 (May-June 2010)

Recent Trends in Trademark Surveys (paper for Virginia State Bar Intellectual Property conference, October 2009)

Trademark Dilution Revision Act breathes new life into dilution surveys (In Brief PLI website, June 2009)

The Mark (Survey Newsletter; three editions 2009)

Hot Topics in Trademark Surveys (paper for Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

The Mark (Survey Newsletter, 2008)

Trademark and Advertising Survey Report (Summer 2007)

Avoiding Pitfalls in Dilution Surveys under TDRA (AIPLA Spring Conference, Boston, May 2007)

*Commentary*

Comment on Hotels.com case (on TTABLOG.COM, July 24, 2009)

Comment on Nextel v. Motorola (on TTABLOG.COM, June 19, 2009)

PLI All-Star Briefing Newsletter, "What does the Trademark Dilution Revision Act mean for the future of Dilution Surveys?" (June 2009)

*Professional Memberships/Affiliations*

American Association of Public Opinion Research

International Trademark Association

National Advertising Division of Council of Better Business Bureaus