ERIC BALL (CSB No. 241327)
eball@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

SAPNA S. MEHTA (CSB No. 288238)
smehta@fenwick.com
JANIE Y. MILLER (CSB No. 312715)
jmiller@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendants
NUTRISYSTEM, INC. and
NUTRI/SYSTEM IPHC, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PACIFIC PACKAGING CONCEPTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NUTRISYSTEM, INC., a Delaware corporation; NUTRI/SYSTEM IPHC, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-04755-ODW(Ex)<br><br>**DECLARATION OF ERIC BALL IN SUPPORT OF NUTRISYSTEM'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing:   March 8, 2021<br>Time:      1:30 p.m.<br>Ctrm:      5D, 5th Floor<br>Judge:     Hon. Otis D. Wright II<br><br>Trial Date: April 20, 2021 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

I, Eric Ball, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney admitted to practice in California and a partner in the law firm of Fenwick & West LLP, counsel for Defendants Nutrisystem, Inc. and Nutri/System IPHC, Inc. ("Nutrisystem") in this lawsuit filed by Pacific Packaging Concepts, Inc. ("Pacific Packaging"). I make this declaration based on my own personal knowledge in support of Nutrisystem's Opposition to Plaintiff's Motion for Partial Summary Judgment. If called as a witness, I could testify competently to the facts set forth here.

**Trademark Records**

2. Attached as **Exhibit 1** is a copy of the Trademark Electronic Search System record for the Nutrisystem Sure Start, U.S. registration No. 2,100,874, which was cancelled on January 11, 2013, produced by Nutrisystem as NUTRISYSTEM00002548.

3. Attached as **Exhibit 2** is a copy of the Trademark Electronic Search System record for Nutrisystem Simply Fresh, U.S. registration No. 4,482,949, produced by Nutrisystem as NUTRISYSTEM00009482.

4. On January 15, 2019, a trademark examiner with the USPTO ran a search in relation to Nutrisystem's trademark application for Fresh Start in International Class 29, Serial No. 88,183,300. The record of that search and the search parameters used are visible on page 127 of Exhibit 3 in Paragraph 8 of the Declaration of Jay Butt in Support of Nutrisystem's Opposition to Plaintiff's Motion for Partial Summary Judgment, the Trademark Search and Retrieval Document for Nutrisystem's application Serial No. 88,183,300. Attached as **Exhibit 3** is a copy of search results from a Trademark Electronic Search System search I ran on February 2, 2021, replicating the XSearch parameters the USPTO trademark examiner used on January 15, 2019 when reviewing for Nutrisystem's application Serial No. 88,183,300: (*phr{v}{"szc"}h* *fr{v}{"szc"}h*)[bi,ti] and live[ld] and *{"szc"}t{v}rt*[bi,ti] and live[ld]. The search result for Pacific

Packaging's claimed mark, Serial No. 75,510,636 is highlighted and visible at result number 128 out of 137 in **Exhibit 3**.

5. On August 23, 2019 a trademark examiner with the USPTO ran a second, narrower search in relation to Nutrisystem's trademark application for Fresh Start in International Class 29, Serial No. 88,183,300. The record of that search and the search parameters used are visible on page 31 of Exhibit 3 in Paragraph 8 of the Declaration of Jay Butt in Support of Nutrisystem's Opposition to Plaintiff's Motion for Partial Summary Judgment, the Trademark Search and Retrieval Document for Nutrisystem's application Serial No. 88,183,300. Attached as **Exhibit 4** is a copy of search results from a Trademark Electronic Search System search I ran on February 2, 2021, replicating the XSearch parameters the USPTO trademark examiner used on August 23, 2019 when reviewing for Nutrisystem's application Serial No. 88,183,300: fresh start"[bi,ti] and live[ld] and 029[cc]. The search result for Pacific Packaging's mark, Serial No. 75,510,636 is highlighted and visible at result number 29 out of 33 in **Exhibit 4**.

**Third-Party Marks**

6. Attached as **Exhibit 5** is a copy of the search results landing page for "fresh start" on Amazon.com captured on August 13, 2020, produced by Nutrisystem as 'NUTRISYSTEM00025811.

7. Attached as **Exhibit 6** is a copy of the Fresh Start Gourmet Facebook page, captured on November 8, 2019 at facebook.com, produced by Nutrisystem as NUTRISYSTEM00000266.

8. Attached as **Exhibit 7** is a copy of the Gerber Freshful Start website captured on November 21, 2019 at gerber.com/freshful-start, produced by Nutrisystem as NUTRISYSTEM00000294.

9. Attached as **Exhibit 8** is a copy of the Fresh Start Wellness website captured on November 8, 2019 at fswnutrition.com/home, produced by Nutrisystem as NUTRISYSTEM00000446.

10. Attached as **Exhibit 9** is a copy of the Fresh Start Rader Farms website captured on January 3, 2020 at raderfarms.com/products/fresh-start, introduced as Exhibit 145 at the Deposition of Jennifer Cole, produced by Nutrisystem as NUTRISYSTEM00000845.

11. Attached as **Exhibit 10** is a copy of a product image of Fresh Start organic daily power smoothie blend from Rader Farms website captured on October 12, 2020 at raderfarms.com/products/fresh-start-organic daily-power, introduced as Exhibit 145 at the Deposition of Steve Schossberger.

12. Attached as **Exhibit 11** is a copy of the Fresh Start Nutrition website captured on February 28, 2020 at freshstartliveoak.com, produced by Nutrisystem as NUTRISYSTEM00006938.

13. Attached as **Exhibit 12** is a copy of the product image of Fresh Start Kit from the Herbalist captured on December 10, 2020 at amazon.com, introduced as Exhibit 140 at the Deposition of Bob Cole, produced by Nutrisystem as NUTRISYSTEM00026824.

14. Attached as **Exhibit 13** is a copy of the product image of Fresh Start Kit from Young Living captured on December 10, 2020 at essentialoilsage.com, produced by Nutrisystem as NUTRISYSTEM00026837.

15. Attached as **Exhibit 14** is a copy of the Fresh Start - A Sugar Free Life website captured on December 10, 2020 at asugarfreelife.com, produced by Nutrisystem as NUTRISYSTEM00026841.

16. Attached as **Exhibit 15** is a copy of the Fresh from the Start website captured on December 10, 2020 at freshfromthestart.com, produced by Nutrisystem as NUTRISYSTEM00026846.

17. Attached as **Exhibit 16** is a copy of the blog post on Fresh Start Cleansing Program from Kern Wellness captured on December 10, 2020 at kernwellness.com, produced by Nutrisystem as NUTRISYSTEM00026868.

18. Attached as **Exhibit 17** is a copy of the product image of Fresh Start

Cleanse dietary supplement capsules captured on December 10, 2020 at concentrixfit.com, produced by Nutrisystem as NUTRISYSTEM00026886.

19. Attached as **Exhibit 18** is a copy of the product image of Fresh Start Cleanse dietary supplement captured on December 10, 2020 at vitacost.com, produced by Nutrisystem as NUTRISYSTEM00026903.

20. Attached as **Exhibit 19** is a copy of the website for Melanie Zook, who uses Fresh Start Nutrition for counseling services, captured on November 8, 2019 at freshstartnutrition.com, produced by Nutrisystem as NUTRISYSTEM00000263.

21. Attached as **Exhibit 20** is a copy of the product image of Home Slimming Kit - Cathi Graham's Fresh Start Metabolism Program captured on November 21, 2019 at biblio.com website, produced by Nutrisystem as NUTRISYSTEM00000286-287.

22. Attached as **Exhibit 21** is a copy of Pacific Packaging's coexistence agreement with Nature's Sunshine regarding its Cleanstart mark, introduced as Exhibit 134 at the Deposition of Bob Cole, produced by Pacific Packaging as PPC0000445.

23. Attached as **Exhibit 22** is a copy of Pacific Packaging's coexistence agreement with 4Life regarding its Start+ mark, introduced as Exhibit 135 at the Deposition of Bob Cole, produced by Pacific Packaging as PPC0000188.

24. Attached as **Exhibit 23** is a copy of Pacific Packaging's coexistence agreement with Basic Research d/b/a Silver Sage regarding its Thyrostart mark, introduced as Exhibit 136 at the Deposition of Bob Cole, produced by Pacific Packaging as PPC0000196.

25. Attached as **Exhibit 24** is a copy of Pacific Packaging's coexistence agreement with XM International regarding its Estro start mark, introduced as Exhibit 137 at the Bob Cole Deposition, produced by Pacific Packaging as PPC0000439.

26. Attached as **Exhibit 25** is a copy of Pacific Packaging's agreement with Charles Thompson regarding its Bodystart mark, introduced as Exhibit 126 at the Jonathan Cole Deposition, produced by Pacific Packaging as PPC0000058.

27. Attached as **Exhibit 26** is a copy of Pacific Packaging's agreement with GSL Tech In. regarding its Bio-Start mark, produced by Pacific Packaging as PPC0000006.

28. Attached as **Exhibit 27** is a copy of Pacific Packaging's coexistence agreement with Atlanta, Inc. regarding its Strongstart mark, produced by Pacific Packaging as PPC0000142.

29. Attached as **Exhibit 28** is a copy of the jennycraig.com website featuring the Milk Chocolate Delight Shake Mix with Nutrition Facts label, captured on January 25, 2021.

30. Attached as **Exhibit 29** is a copy of the weightwatchers.com website featuring WW Chocolate Protein Booster protein powder blend with Nutrition Facts label, captured on January 25, 2021.

31. Attached as **Exhibit 30** is a copy of the MultivitaminGuide's Ranking: Best Multivitamins in 2020, as captured from the multivitaminguide.org website on August 6, 2020, introduced as Exhibit 121 to the Deposition of Bob Cole, produced by Nutrisystem as NUTRISYSTEM00010529.

**Dietary Supplement References**

32. Attached as **Exhibit 31** is a copy of the U.S. Food and Drug Administration website page on Dietary Supplements, captured on February 12, 2021 at https://www.fda.gov/food/dietary-supplements.

33. Attached as **Exhibit 32** is a copy of the U.S. Food and Drug Administration's "Guidance for Industry Distinguishing Liquid Dietary Supplements from Beverages" dated January 2014.

34. Attached as **Exhibit 33** is a copy of the GanedenBC30 Style Guide, produced by Nutrisystem as NUTRISYSTEM00024223.

35. Attached as **Exhibit 34** is a copy of the GanedenBC30 Trademark Letter, produced by Nutrisystem as NUTRISYSTEM00024237.

### Nutrisystem Marketing

36. Attached as **Exhibit 35** is a copy of a product image of Nutrisystem FreshStart Shake in Chocolate and Vanilla captured on December 11, 2019 at Nutrisystem.com website, produced by Nutrisystem as NUTRISYSTEM00005271.

37. Attached as **Exhibit 36** is a copy of a photograph of Nutrisystem FreshStart Patrol marketers in Times Square, New York, taken at the direction of a Nutrisystem marketing employee, produced by Nutrisystem as NUTRISYSTEM00002318.

### Pacific Packaging Marketing

38. Attached as **Exhibit 37** is a copy of the freshstartvitamins.com website, as captured by the Internet Archive on October 29, 2012, featuring the first archived use of Pacific Packaging's leaf logo, produced by Nutrisystem as NUTRISYSTEM00009554.

39. Attached as **Exhibit 38** is a copy of an image of the Fresh Start Vitamin Company Website introduced as Exhibit 102 at the Deposition of Bob Cole, produced by Nutrisystem as NUTRISYSTEM00025799.

40. Attached as **Exhibit 39** is a copy of an image of the Fresh Start Vitamin and Mineral Packet Box, introduced as Exhibit 107 at the Deposition of Jonathan Cole, produced by Nutrisystem as NUTRISYSTEM00025801.

41. Attached as **Exhibit 40** is a copy of an image of the Great Start vitamin packet, as sold on Instacart, introduced as Exhibit 107 at the Deposition of Jonathan Cole, produced by Nutrisystem as NUTRISYSTEM00025893.

42. Attached as **Exhibit 41** is a copy of an image of the Great Start vitamin packet, as sold by Value Distributor, introduced as Exhibit 110 at the Deposition of Jonathan Cole, produced by Nutrisystem as NUTRISYTEM00025971.

43. Attached as **Exhibit 42** is a copy of an image of the Great Start vitamin packet, as sold on CB Distributors, Inc., introduced as Exhibit 111 at the Deposition of Jonathan Cole, produced by Nutrisystem as NUTRISYSTEM00025873.

44. Attached as **Exhibit 43** is a copy of an image of the Fresh Start Vitamin Company Website's About Us page introduced as Exhibit 114 at the Deposition of Jonathan Cole, produced by Nutrisystem as NUTRISYSTEM00025805.

45. Attached as **Exhibit 44** is a copy of an image of the Product Catalog for Fresh Start Vitamin Company, produced by Pacific Packaging as PPC0000098.

46. Attached as **Exhibit 45** is a copy of an image of the "World's Best Daily Packet Vitamin Formulas" Fresh Start Vitamin Co. Product Catalogue, produced by Pacific Packaging as PPC0000061.

47. Attached as **Exhibit 46** is a copy of the Pacific Packaging Facebook page for "Fresh Start Vitamins" captured on September 28, 2020 with 49 likes and 48 followers at Facebook.com/freshstartvitamincompany, introduced as Exhibit 119 at the Deposition of Jonathan Cole, produced by Nutrisystem as NUTRISYSTEM00025825.

48. Attached as **Exhibit 47** is a copy of a claimed screencap from the movie "Superbad" featuring two police officers and McLovin in a liquor store, introduced as Exhibit 131 at the Deposition of Bob Cole, produced by Pacific Packaging as PPC0000574.

49. Attached as **Exhibit 48** is a copy of a claimed screencap from the movie "Blue Streak" featuring a character in a convenience store, introduced as Exhibit 132 at the Deposition of Bob Cole, produced by Pacific Packaging as PPC0000562.

50. Attached as **Exhibit 49** is a copy of a claimed screencap from the television show "Family Guy" featuring a sales clerk pointing to a rack on the sales

counter, introduced as Exhibit 120 at the Deposition of Bob Cole, produced by Pacific Packaging as PPC0000566.

**Pacific Packaging Financial Documents**

51. Attached as **Exhibit 50** is a copy the U.S. Income Tax Returns for Pacific Packaging for 2010 to 2019, produced by Pacific Packaging as PPC0004669.

52. Attached as **Exhibit 51** is a copy the Master Distributor Price List Effective February 1, 2019 for Fresh Start Vitamin Company, produced by Pacific Packaging as PPC0002471.

**Discovery Responses**

53. Attached as **Exhibit 52** is a copy of the excerpted Nutrisystem's Responses to Plaintiff's First Set of Requests for Admission, highlighting the responses to Nos. 104, 105, 107, dated December 16, 2019.

54. Attached as **Exhibit 53** is a copy of the excerpted Pacific Packaging's Supplemental Responses to Nutrisystem's First Set of Interrogatories, highlighting the response to No. 4, dated May 4, 2020.

55. Attached as **Exhibit 54** is a copy of the excerpted Plaintiff's Supplemental Responses to Defendant's Second Set of Interrogatories, highlighting the response to No. 14, dated October 26, 2020.

56. Attached as **Exhibit 55** is a copy of the excerpted Plaintiff's Responses to Defendant's Fourth Set of Interrogatories, highlighting the response to No. 18, dated October 5, 2020.

57. Attached as **Exhibit 56** is a copy of the excerpted Plaintiff's Responses to Defendant's Fifth Set of Interrogatories, highlighting responses to Nos. 20, 21, 24, dated October 26, 2020.

58. Attached as **Exhibit 57** is a copy of the excerpted Plaintiff's Responses to Nutrisystem's First Set of Requests for Admission, highlighting responses to Nos. 5–13, 44, 47, 50, 53, 59, 78, 82–84 dated December 2, 2019.

59. Attached as **Exhibit 58** is a copy of the excerpted Plaintiff's Supplemental Responses to Nutrisystem's First Set of Requests for Admission, highlighting responses to Nos. 109, 110, dated May 6, 2020.

60. Attached as **Exhibit 59** is a copy of the excerpted Plaintiff's Responses to Nutrisystem's Second Set of Requests for Admission, highlighting the response to No. 117 dated April 10, 2020.

61. Attached as **Exhibit 60** is a copy of the excerpted Plaintiff's Responses to Nutrisystem's Third Set of Requests for Admission, highlighting the response to No. 225, dated June 26, 2020.

62. Attached as **Exhibit 61** is a copy of the excerpted Plaintiff's Responses to Defendant's First Set of Request for Production of Documents, highlighting the response to No. 54, dated December 2, 2019.

**Nutrisystem's Witness Deposition Testimony**

63. Attached as **Exhibit 62** is a copy of the excerpted transcript of the Deposition of Bill MacBride, taken on September 22, 2020.

64. Attached as **Exhibit 63** is a copy of the excerpted transcript of the Deposition of Chris MacDonald, taken on September 24, 2020.

65. Attached as **Exhibit 64** is a copy of the excerpted transcript of the Deposition of Jay Butt, taken on October 20, 2020.

66. Attached as **Exhibit 65** is a copy of the excerpted transcript of the Deposition of Keira Krausz, taken on September 21, 2020.

67. Attached as **Exhibit 66** is a copy of the excerpted transcript of the Deposition of LeeAnn Kindness, taken on September 29, 2020.

**Plaintiff's Witness Deposition Testimony**

68. Attached as **Exhibit 67** is a copy of the excerpted transcript of the Deposition of Aubrey "Bob" Cole, taken on October 9, 2020.

69. Attached as **Exhibit 68** is a copy of the excerpted transcript of Deposition of Jonathan Cole, taken on October 8, 2020.

70. Attached as **Exhibit 69** is a copy of the excerpted transcript of the Deposition of Jennifer Cole, taken on October 14, 2020.

71. Attached as **Exhibit 70** is a copy of the excerpted transcript of the Deposition of Cynthia "Cindy" Cole, taken on October 16, 2020.

72. Attached as **Exhibit 71** is a copy of Nutrisystem's Notice of Subpoena for Production of Documents and to Testify at a Deposition in a Civil Action to Christian Hauter.

73. Attached as **Exhibit 72** is a copy of the excerpted transcript of the Deposition of Christian Hauter, taken on October 19, 2020.

74. Attached as **Exhibit 73** is a copy of the excerpted transcript of the Deposition of Plaintiff's expert Christian Tregillis, taken on December 10, 2020.

**Third Party Deposition Testimony**

75. Attached as **Exhibit 74** is a copy of the Notice of Subpoena to Testify at a Deposition in a Civil Action to Michael Finamore of Gemini Pharmaceuticals.

76. Attached as **Exhibit 75** is a copy of the excerpted transcript of the Deposition of Michael Finamore of Gemini Pharmaceuticals, taken on October 9, 2020.

77. Attached as **Exhibit 76** is a copy of the Notice of Subpoena to Testify at a Deposition in a Civil Action to Steven Schossberger of Oregon Potato Company.

78. Attached as **Exhibit 77** is a copy of the excerpted transcript of the Deposition of Steven Schossberger of Oregon Potato Company, taken on October 13, 2020.

**Additional Documents**

79. Attached as **Exhibit 78** is a copy of ancillary Pacific Packaging Records, produced by Pacific Packaging as PPC0004494.

80. Attached as **Exhibit 79** is a copy of a press release regarding "Fresh Start Energy Beverage" from Nantze Springs Inc., captured on November 11, 2021 at bevindustry.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 12, 2021.

*/s/ Eric Ball*
Eric Ball