Michael K. Friedland (SBN 157217))
Michael.friedland@knobbe.com
Lauren Keller Katzenellenbogen (SBN 223370)
Lauren.keller@knobbe.com
Jason A. Champion (SBN 259207)
Jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  949.760.0404
Facsimile:   949.760.9502

Attorneys for Plaintiff
Pacific Packaging Concepts, Inc.

Eric Ball (CSB No. 241327)
eball@fenwick.com
Meghan Elyse Fenzel (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

Sapna S. Mehta (CSB No. 288238)
smehta@fenwick.com
Janie Y. Miller (CSB No. 312715)
jmiller@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendants
Nutrisystem, Inc. and Nutri/System IPHC, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PACIFIC PACKAGING CONCEPTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NUTRISYSTEM, INC., NUTRI/SYSTEM IPHC, INC.,<br><br>Defendants. | Civil Action No. 2:19-cv-04755-ODW-Ex<br><br>**THIRD JOINT STIPULATION TO MODIFY THE CASE SCHEDULE**<br><br>Expert Discovery Cut-off: January 11, 2021<br>Pre-Trial Conference: March 22, 2021<br>Trial: April 20, 2021<br><br>Hon. Otis D. Wright II |

Pursuant to Local Rule 7-1, Plaintiff Pacific Packaging Concepts, Inc. and Defendants Nutrisystem, Inc. and Nutri/System IPHC, Inc. (together, "Nutrisystem") by their attorneys of record, hereby stipulate and agree, subject to the approval of the Court, to extend the current Scheduling Order (ECF No. 48) as follows:

| EVENT | CURRENT DEADLINES | PROPOSED DEADLINES |
| --- | --- | --- |
| Deadline to File Pretrial Documents | March 15, 2021 | August 2, 2021 |
| Deadline to File Motions in Limine | March 22, 2021 | August 9, 2021 |
| Final Pretrial Conference | March 22, 2021 | August 16, 2021 |
| Deadline to File Oppositions to Motions in Limine | March 29, 2021 | August 23, 2021 |
| Hearing on Motions in Limine | April 5, 2021 | August 30, 2021 |
| Deadline to File Final Trial Exhibit Stipulation | April 15, 2021 | September 9, 2021 |
| Trial | April 20, 2021 | September 14, 2021 |

This is the parties' third request for an extension. The parties previously submitted a stipulation seeking an extension of these deadlines on September 1, 2020, which was denied, and then subsequently on November 6, 2020, which the Court granted. The parties have diligently exchanged exhibit lists, witness lists, and deposition designations in order to meet the pretrial deadlines set by

the Court.  The parties respectfully request, however, an order extending the remaining pretrial and trial deadlines.

Good cause exists for this extension because of the current state of COVID-19 restrictions and current phase of this District's re-opening plan.  The COVID-19 pandemic is ongoing and will present significant risk to public health and safety if trial proceeds.  Under General Order No. 20-09, this District has not yet set a date at which jury trials will resume.  Since the issuance of that Order on August 6, 2020, Los Angeles county has remained in California's purple "Widespread" risk level, the most restrictive tier relating to COVID-19 restrictions and reopening plans.  It is still the case that "conducting jury trials would also likely place prospective jurors, [ ] attorneys, and court personnel at unnecessary risk."  General Order No. 20-09, ¶ 6 (a).  Less than two weeks ago, the Revised Order issued by the County of Los Angeles Department of Public Health on February 18, 2021 still cautioned that residents of Los Angeles County "remain in their residences as much as practicable," and that "[a]ll persons who can telework or work from home should continue to do so as much as possible during this pandemic." See http://publichealth.lacounty.gov/media/Coronavirus/docs/HOO/HOO_SaferatHomeCommunity.pdf; *see also, e.g., Fisher and Paykel Healthcare Limited v. Flexicare Incorporated*, Case No. SACV 19-00835 JVS (DFM), Dkt. 292 (continuing June 1, 2021 trial date because Orange County is likewise in the purple zone, criminal cases take priority under the Speedy Trial Act, and other practical reasons).  Further, the Center for Disease Control ("CDC")'s guidelines on travel, updated on February 16, 2021, similarly cautions, "Cases are Extremely High. Avoid Travel […] CDC recommends that you do not travel at this time."  See https://www.cdc.gov/coronavirus/2019-ncov/travelers/travel-during-covid19.html.  This trial would require witnesses and counsel to travel

THIRD JOINT STIP TO MODIFY CASE SCHEDULE - 2 - Case No.: 2:19-cv-04755-ODW(Ex)

from at least Pennsylvania, New York, Tennessee, and the San Francisco Bay Area to Los Angeles against the CDC recommendation.

Accordingly, the parties seek to avoid the significant burden and expense of preparing for trial amidst the uncertainty of the current pre-trial and trial schedule. As more time passes and vaccinations increase, the likelihood of a jury trial increases. Deciding to continue the pre-trial and trial dates now affords the parties and the Court predictability and cost savings that a last-minute continuance would not. Without a continuance, the parties will need to make travel arrangements for witnesses and counsel now, before the deadline for pre-trial disclosures. Flights and hotels will need to be reserved (to the extent such reservations are possible under current restrictions). These arrangements—and the likely cancellations and rescheduling thereof—are time consuming and costly and should be avoided if unnecessary. The parties and the Court would benefit from a reliable trial date and the efficiencies of conducting pre-trial work shortly before that time rather than potentially months in advance. This extension will allow for developments in the re-opening timeline and give the parties a better chance at conducting the trial in a safe manner in compliance with federal, state, and county health guidelines.

Respectfully submitted,

Dated: March 2, 2021

KNOBBE, MARTENS, OLSON & BEAR, LLP

*/s/ Michael K. Friedland*

Michael K. Friedland
Lauren Keller Katzenellenbogen
Jason A. Champion

Attorneys for Plaintiff
Pacific Packaging Concepts, Inc.

| | | |
|---|---|---|
| 1 | Dated: March 2, 2021 | FENWICK & WEST LLP |

*/s/ Janie Yoo Miller*
Janie Y. Miller
EricBall
Meghan Fenzel
Sapna S. Mehta

Attorneys for Defendants
NutriSystem, Inc., and
NutriSystem IPHC, Inc.

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: March 2, 2021           */s/ Janie Yoo Miller*
                               Janie Y. Miller