UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | 2:19-cv-04755-ODW-(Ex) |
| Title | *Pacific Packaging Concepts, Inc. v. Nutrisystem, Inc. et al* |
| Date | March 4, 2021 |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**

Having read the parties' Stipulation to Modify the Scheduling Order (ECF No. 134), the Court modifies the Scheduling Order as follows:

| Event | Date |
|---|---|
| <u>Deadline to file</u><br>Proposed Pretrial Conference Order<br>Memoranda and Contentions of Fact and Law<br>Joint Witness List<br>Joint Exhibit List and Exhibit Stipulation<br>Proposed Verdict Form(s)<br>Proposed Jury Instructions/Disputed Jury Instructions<br>Proposed Voir Dire Questions<br>Joint Statement of the Case<br>Joint Status Report re: Settlement | September 20, 2021 |
| **Final Pretrial Conference at 1:30 p.m.**<br><u>Deadline to File:</u><br>Motions in Limine | **September 27, 2021** |
| <u>Deadline to File:</u><br>Oppositions to Motions in Limine | October 4, 2021 |

| **Hearing on Motions in Limine at 1:30 p.m.** | **October 12, 2021** |
|---|---|
| Deadline to File: <br> Final Trial Exhibit Stipulation | October 14, 2021 |
| **Trial at 9:00 a.m.** | **October 19, 2021** |

IT IS SO ORDERED.

  : 00

Initials of Preparer   SE