| | |
|---|---|
| Michael K. Friedland (SBN 157217)) | Eric Ball (CSB No. 241327) |
| Michael.friedland@knobbe.com | eball@fenwick.com |
| Lauren Keller Katzenellenbogen (SBN 223370) | FENWICK & WEST LLP |
| Lauren.keller@knobbe.com | 801 California Street |
| Jason A. Champion (SBN 259207) | Mountain View, CA 94041 |
| Jason.champion@knobbe.com | Telephone: 650.988.8500 |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | Facsimile: 650.938.5200 |
| 2040 Main Street, Fourteenth Floor | Michael J. Sacksteder (CSB No. 191605) |
| Irvine, CA 92614 | msacksteder@fenwick.com |
| Telephone: 949.760.0404 | Janie Y. Miller (CSB No. 312715) |
| Facsimile: 949.760.9502 | jmiller@fenwick.com |
| | Rina Plotkin (CSB No. 335766) |
| | rplotkin@fenwick.com |
| Attorneys for Plaintiff | FENWICK & WEST LLP |
| Pacific Packaging Concepts, Inc. | 555 California Street, 12th Floor |
| | San Francisco, CA 94104 |
| | Telephone: 415.875.2300 |
| | Facsimile: 415.281.1350 |
| | Attorneys for Defendants |
| | Nutrisystem, Inc., and Nutri/System IPHC, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PACIFIC PACKAGING CONCEPTS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NUTRISYSTEM, INC., a Delaware corporation; NUTRI/SYSTEM IPHC, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-04755-ODW(Ex)<br><br>**JOINT NOTICE OF SETTLEMENT** |

    **PLEASE TAKE NOTICE** that plaintiff Pacific Packaging Concepts, Inc. and defendants Nutri/System IPHC, Inc., Nutrisystem, Inc. have reached a

1  settlement in principle in the above-referenced action, and the parties are in the
2  process of reducing it to a writing.
3      The parties jointly agree to and request a stay of all pending deadlines in this
4  action for a period of 60 days to permit the parties to complete the necessary
5  documentation relating to the settlement.
6      Once the final written agreement is executed, an appropriate pleading to
7  terminate this action will be filed.

Dated: January 14, 2022            Respectfully submitted

KNOBBE, MARTENS, OLSON & BEAR, LLP

By:   */s/ Lauren Keller Katzenellenbogen*
       Lauren Keller Katzenellenbogen

Attorneys for Plaintiff
PACIFIC PACKAGING CONCEPTS, INC.

Dated: January 14, 2022            FENWICK & WEST LLP

By:   */s/ Eric Ball*
       Eric Ball

Attorneys for Defendants
NUTRISYSTEM, INC., and
NUTRI/SYSTEM IPHC, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

JOINT NOTICE OF SETTLEMENT            2            Case No. 2:19-cv-04755-ODW(Ex)

# **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: January 14, 2022        By:    */s/ Eric Ball*
                                              Eric Ball